IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM GRAY,

    Petitioner,                   No. CIV S-07-0126 MCE EFB P

    vs.

ANTHONY HEDGPETH,
Warden,

    Respondent.       ORDER

                                      /

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has requested an extension of time to file and serve a response to the petition. *See* Fed. R. Civ. P. 6(b).

Good cause appearing, it is ORDERED that respondent's May 10, 2007, request is granted and respondents have 30 days from the date this order is served to file and serve a response to the petition.

Dated: May 21, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE