IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM GRAY,**<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**ANTHONY HEDGPETH, Warden, Kern Valley State Prison**<br><br>　　　　　　　　　　　　Respondent. | CIV S-07-0126 MCE EFB P<br><br>**ORDER FOR EXTENSION OF TIME** |

　　Petitioner is a prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent seeks a 30-day extension of time to file a a reply to the petitioner's opposition to respondent's motion to dismiss. *See* Fed. R. Civ. P. 6(b).

　　GOOD CAUSE APPEARING, respondent's August 31, 2007, request is granted and respondent has 30 days from the date of this order to file and serve a reply.

DATED: September 4, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE