IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GRAY, | No. 2:07-cv-00126-MCE-EFB P |
|     Petitioner, | |
|  vs. | <u>ORDER</u> |
| ANTHONY H EDGPETH, Warden, | |
|     Respondent. | |
| _____/ | |

    Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's March 28, 2008, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1    For the reasons set forth in the magistrate judge's February 19, 2008, findings and
2 recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3 right.  Accordingly, a certificate of appealability should not issue in this action.
4    IT IS SO ORDERED.
5  Dated: May 1, 2008

                                             _____
                                             MORRISON C. ENGLAND, JR.
                                             UNITED STATES DISTRICT JUDGE